UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS ANDREW SCHOENBERGER,
CICADA 3301 METAVERSE, L.L.C.
a Utah domestic limited liability company,
and THOMAS ANDREW SCHOENBERGER
doing business as CICADA 3301 TOKEN,
CICADA 3301 PORTALS, and SOPHIA MUSIK,

     Plaintiffs,

vs.                    Case No. 2:25-cv-12937-TGB-KGA

LISA ANNE DERRICK and
PAULA SUE DAVIS,

     Defendants.
_____/

**DEFENDANTS' MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(2) and (6)**

Now come the Defendants, Lisa Anne Derrick and Paula Sue Davis,

through counsel, and move this Honorable Court to dismiss this action

pursuant to Fed. R. Civ. P. 12(b)(2)(jurisdiction) and (6)(failure to state a

claim).  This motion is supported by an accompanying Memorandum of Law

which explains the basis of this motion in more detail.

Prior to filing this motion, counsel for Defendants wrote a detailed

email to Plaintiff's counsel dated March 2, 2026 explaining the nature of the

1

proposed motion and its legal basis, but concurrence in the relief sought was not obtained.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order dismissing Plaintiffs' Complaint per Fed. R. Civ. P. 12(b)(2) and/or (6), and granting such other relief as deemed appropriate.

Respectfully submitted,

/s/Michael S. Cafferty
MICHAEL S. CAFFERTY
Michael S. Cafferty & Assoc., P.C.
Attorney for Defendants
333 West Fort Street Ste 1400
Detroit, MI  48226
(313) 964-3070
mcaffe@aol.com
P36613

Dated:   March 4, 2026

2