UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS ANDREW SCHOENBERGER,
CICADA 3301 METAVERSE, L.L.C.
a Utah domestic limited liability company,
and THOMAS ANDREW SCHOENBERGER
doing business as CICADA 3301 TOKEN,
CICADA 3301 PORTALS, and SOPHIA MUSIK,

     Plaintiffs,

vs.                  Case No. 2:25-cv-12937-TGB-KGA

LISA ANNE DERRICK and
PAULA SUE DAVIS,

     Defendants.

_____/

## INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS

1.    Plaintiffs' Complaint filed in Wayne County Circuit Court (Case No. 25-012153-CK)

2.    Affidavit of Lisa Derrick filed in Wayne County action

3.    Affidavit of Paula Davis filed in Wayne County action

4.    Order Granting Summary Disposition dated November 7, 2025 entered in Wayne County action

5.    Unpublished opinions cited in brief
   - Smith v Ghana Com. Bank, LTD, 2013 WL 12074949 (D. Minn., 2013)
   - Strassman v Essential Images, 2018 WL 1251636 (D. NJ; 2018)
   - White v RCS Recovery Services, LLC, 2017 WL 698774 (N.D., WV., 2017)