# EXHIBIT 2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Thomas Andrew Schoenberger, et al      Hon. Martha M. Snow

    Plaintiffs,

vs.                                                    Case No. 25-012153-CZ

The Regents of Michigan State University, et al,

    Defendants.

_____/

## AFFIDAVIT OF LISA DERRICK

STATE OF CALIFORNIA    )
                          ) SS
COUNTY OF _Los Angeles_ )

LISA DERRICK, being first duly sworn, deposes and states as follows:

    1.    My name is Lisa Derrick, and I live in Los Angeles, CA.

    2.    I believe that Thomas Schoenberger ("Schoenberger") and his entities have included me in this lawsuit purely for harassment purposes. Although I have not been formally served with the Summons and Complaint in this case, I received copies of them in a package that was sent to me from Colorado (with the return address of an associate of Schoenberger). Out of an abundance of caution, I have decided to hire counsel and respond to this lawsuit despite not being formally

1

served to avoid any possibility that the Plaintiff will attempt to default me.

3.  I have no connection whatsoever with the State of Michigan or Michigan State University.  In fact, I have never even stepped foot in the State of Michigan, nor engaged in any business or transactions with anyone known by me to be in Michigan.

4.  I have never purposely availed myself to the laws or protections of the State of Michigan, nor have I done anything vis-a-vis Schoenberger and his entities in the State of Michigan.

5.  Schoenberger previously lived in California.

6.  I have known Schoenberger casually since the 1980s due to growing up in California in overlapping social circles in both Berkeley and Los Angeles, including having dated his brother.

7.  Following some years, I encountered Schoenberger through our overlapping circles. We planned a friendly get-together to visit antique shops and catch up with each other. During part of that visit, I fell asleep and woke up to Schoenberger having non-consensual sexual intercourse with me.

8.  Schoenberger sent me an unsolicited harassing email in 2019.

9.    Following hearing about other individuals being harassed by Schoenberger, including acquaintances of mine and social media influencers, I began to share my truthful story about my nonconsensual sexual encounter with Schoenberger. In 2020 I did an interview with a podcaster, Arturo Tafoya, in which I shared the story of my incident with Schoenberger.

10.    Schoenberger and people affiliated with him continued to harass and stalk me following the interview I did with Arturo Tafoya , even though I instructed him and his associates online to cease and desist from contacting or mentioning me.

11.    I work in the arts and entertainment business in Los Angeles, California and have not had anything to do with any articles published regarding Schoenberger by Professor Laura Dilley or anyone else.

12.    My understanding from reading the lengthy complaint in this case is that Schoenberger is claiming that he was somehow defamed or that his reputation was harmed because of an academic paper written by Professor Dilley in 2021 about online disinformation campaigns.

3

13.    I had nothing to do with Professor Dilley's research paper, which referred to Schoenberger and other people involved with online activities.

14.    The previously mentioned podcaster, Arturo Tafoya, a resident of Mexico, sent me a copy of Professor Dilley's paper in the Fall of 2021.

15.    After receiving Professor Dilley's paper in the Fall of 2021, I had some limited conversations with her via phone, Zoom, or Internet communications wherein I truthfully remarked on some details of my history with Schoenberger.  These contacts were made when I was in California, where I reside, and I believe that Professor Dilley was in Mexico for most of my communications with her.

16.    I have never availed myself to the laws or protections of the State of Michigan for any reason whatsoever.

17.    That I have no connection whatsoever to the State of Michigan and have never even visited the State.

18.    If any of my few communications with Professor Dilley regarding Schoenberger occurred while she was physically located in Michigan, that would merely be incidental or fortuitous.

4

19. That I have not conducted business in the State of Michigan as alleged by Plaintiffs in their complaint.

20. I have never had any business contacts with the State of Michigan for any reason (other than hiring counsel in Michigan to respond to this case, which I consider to be an additional form of harassment from Schoenberger).

21. I have had nothing to do with Professor Dilley's publication of a research paper or any other communications or publications of hers regarding Schoenberger or any of his entities.

22. My only contacts with Professor Dilley have been truthful conversations or communications with her regarding my past experiences with Schoenberger.

23. I have certainly not been involved in any sort of "conspiracy" to defame or harm the reputation of Schoenberger or any of his entities.

24. That it is grossly unfair to expect that I should be hailed into a court in Michigan, on the other side of the country from my home in California, to defend myself from this harassment suit from Schoenberger.

25. That this Affidavit is made on personal knowledge, and I can competently testify to the facts set forth herein.



LISA DERRICK

Subscribed and sworn to before me

this _____ day of September, 2025.

See Attached Certificate

NOTARY PUBLIC

6

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____ )

On __9/3/2025__ before me, __Ajit Sherchan Notary Public__
(insert name and title of the officer)

personally appeared __Lisa Derrick__ ————————,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

AJIT SHERCHAN
Notary Public - California
Los Angeles County
Commission # 2500646
My Comm. Expires Oct 22, 2026

Signature _____ (Seal)