# EXHIBIT 3

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Thomas Andrew Schoenberger, et al     Hon. Martha M. Snow

    Plaintiffs,

vs.                                                      Case No. 25-012153-CZ

The Regents of Michigan State University, et al,

    Defendants.

_____/

## AFFIDAVIT OF PAULA SUE DAVIS

STATE OF INDIANA   )
                   ) SS
COUNTY OF _____)

PAULA SUE DAVIS, being first duly sworn, deposes and states as follows:

1.     My name is Paula Sue Davis, and I reside at 210 Towle Avenue, Mishawaka, Indiana 46544-1203.

2.     I believe that the Plaintiffs have named me as a defendant in this lawsuit purely for harassment purposes.

3.     From what I can gather from reading the lengthy complaint in this matter, Plaintiff Thomas Schoenberger ("Schoenberger"), claims that a professor from Michigan State University, Dr. Laura Dilley, somehow defamed him or tarnished his reputation by writing an

1

academic paper in 2021 regarding Internet disinformation campaigns, in which Schoenberger is mentioned.

4. That I have had nothing to do with Professor Dilley's publication of her academic paper regarding Internet disinformation campaigns nor any of her other writings or publications.

5. I do not have any connection with Michigan State University or the State of Michigan.

6. That I am a housewife living in Indiana.

7. Among other things, Schoenberger operates a YouTube music channel called Sophia Musik.

8. Schoenberger is also involved with an Internet puzzle called Cicada 3301.

9. In 2017, I became involved with the Cicada 3301 Internet puzzle, and I also listened to music on Schoenberger's YouTube music site.

10. In 2017, after "liking" one of Schoenberger's pieces of music on his music site, I was immediately contacted by Schoenberger via the Internet.

11. Schoenberger immediately showed interest in what my husband did for a living and how many properties we owned.

2

Schoenberger then instructed me to create a Proton email account and introduced me in a Discord chat room to an associate of his named Lisa Clapier. Both Clapier and Schoenberger then, for several months, led me down a path of supernatural and occult matters, which led to me suffering mental health issues requiring psychiatric treatment.

12. After my mental breakdown, Schoenberger and his associates began cyberstalking me, sometimes sending me scores of emails every day. This has caused me to suffer additional trauma.

13. Sometime in 2021 or 2022, I became aware of Professor Dilley's paper regarding Internet disinformation campaigns that mentioned Schoenberger and I had some brief phone or online contacts with Dr. Dilley wherein I truthfully discussed my experiences with Schoenberger, as outlined above.

14. I have never conducted business in Michigan as Schoenberger alleges in his lawsuit.

15. I do not have a business to conduct in Michigan or elsewhere.

16. That in my limited contacts that I had following Professor Dilley's publication of her paper in 2021, I was in Indiana. I had no idea where Professor Dilley was physically located when I had contacts with

3

her, which were mostly via the Internet. If Dr. Dilley was in Michigan during any of our brief contacts, that would be merely incidental or fortuitous. I have never had any intentional contacts with anyone on Michigan regarding my experiences with Schoenberger.

17.   That I have not purposely availed myself to the laws of the State of Michigan.

18.   I have not ever stepped foot in the State of Michigan in connection with any communications with or about Schoenberger or any of his entities.

19.   I have no contacts with Michigan that would make it fair for me to have to defend a lawsuit in a state where I do not reside, have not conducted business, and have not had any relevant contacts.

20.   I have not engaged in any "conspiracy" with Dr. Dilley or anyone else to harm Schoenberger or any of his entities. All I have done is to have limited communications with Dr. Dilley, following the publication of her research paper, wherein I truthfully discussed my own experiences with Schoenberger and his associates.

21.   That this Affidavit is made on personal knowledge, and I can competently testify to the facts set forth herein.

4

_____
PAULA SUE DAVIS

Subscribed and sworn to before me

this 28th day of August, 2025.

_____
NOTARY PUBLIC

LISA J. HOLT,
Notary Public
Within and for the county of St. Joseph
and the state of Indiana
Commission Number NP0729897
My Commission Expires 11/12/2028

5