# EXHIBIT 4

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

Thomas Andrew Schoenberger, et al                          Hon. Martha M. Snow

      Plaintiffs,

vs.                                                                              Case No. 25-012153-CZ

The Regents of Michigan State University, et al,

      Defendants.

_____/

**ORDER GRANTING MOTION FOR SUMMARY DISPOSITION
ON BEHALF OF DEFENDANTS PAULA SUE DAVIS AND LISA DERRICK
PURSUANT TO MCR 2.116(C)(1) (LACK OF PERSONAL JURISDICTION)**

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan
on: _____11/7/2025_____
Present HON. ___JUDGE MARTHA M. SNOW

This matter having come on to be heard on Thursday, November 6, 2025, with all

parties being represented by counsel and oral argument having been heard;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary

Disposition for Lack of Personal Jurisdiction regarding Defendants Lisa Derrick and

Paula Sue Davis is granted for the reasons stated on the record.

This is not a final Order and does not close this case.

/s/ Martha M. Snow
November 7, 2025
_____
CIRCUIT COURT JUDGE