UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Thomas Andrew Schoenberger,
et al.,

                              Plaintiff(s),

v.                                                  Case No. 2:25–cv–12937–TGB–KGA
                                                    Hon. Terrence G. Berg

Lisa Anne Derrick, et al.,

                              Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

   The following motion(s) have been filed:

            Motion to Dismiss – #16
   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

   Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

   Courtesy copies are not required.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Emily P Vradenburg
                                              Case Manager

Dated:  March 6, 2026